

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00737-CV

**WAL-MART STORES, LLC**, Wal-Mart Stores, Inc., and Wal-Mart Stores Texas, L.P.,
Appellants

v.

JoAnn **FLORES**, Individually and as Representative of the Estate of Justin M. Flores, Deceased,
and for and on behalf of All Those Entitled to Recover for the Death of Justin M. Flores under
the Texas Wrongful Death and Survival Statutes,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-10-109
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is SET ASIDE, and the cause is REMANDED to the trial court for entry of the parties' agreed judgment. The parties' Agreed Motion to Set Aside the Trial Court's Judgment and Remand for Rendition of New Judgment is GRANTED. Costs of appeal are taxed against the party incurring same.

SIGNED August 27, 2014.

_Karen Angelini_
Karen Angelini, Justice